UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Cheryl L. White | ) <br> ) <br> ) |
|       Plaintiff | ) <br> ) |
| v. | )   Civil Action No. <br> ) |
| Maine School Administrative District No. 68 | ) <br> ) <br> ) |
|       Defendant | ) |

### NOTICE OF REMOVAL

Defendant Maine School Administrative District No. 68 hereby gives notice of the removal of the above-captioned action from the Maine Superior Court, Penobscot County, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  As grounds for removal, the Defendants state as follows:

    1.    Plaintiff filed this complaint in the Penobscot County Superior Court on September 13, 2007 and Defendant was served with a copy of the complaint on September 20, 2007.

    2.    The Complaint asserts a claim under the Rehabilitation Act of 1973, 29 U.S.C. § 794.

    3.    This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 and supplemental jurisdiction under the provisions of 28 U.S.C. § 1367. The action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

4. In accordance with 28 U.S.C. § 1446(d), the Defendant is filing a copy of this notice of removal with the Maine Superior Court, Penobscot County and is sending a copy to Plaintiff's counsel.

5. A true copy of the Complaint is attached to the accompanying affidavit of Melissa A. Hewey.

DATED: September 24, 2007, 2007  /s/ Melissa A. Hewey
Melissa A. Hewey
Attorney for Defendant

Drummond Woodsum & MacMahon
245 Commercial Street
P.O. Box 9781
Portland, Maine 04104-5081
Tel: (207) 772-1941
Fax: (207) 772-3627

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the Notice of Removal with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to Peter L. Thompson peter@ptlawoffice.com.

/s/ Melissa A. Hewey
Melissa A. Hewey

Drummond Woodsum & MacMahon
245 Commercial Street
P.O. Box 9781
Portland, Maine 04104-5081
Tel: (207) 772-1941
Fax: (207) 772-3627