UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Cheryl L. White | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-CV-143 |
| | ) | |
| Maine School Administrative District No. 68 | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, and without costs, to any party.

DATED: February 25, 2008                    */s/ Allan Townsend*
                                             Peter L. Thompson
                                             Allan K. Townsend
                                             Attorneys for Plaintiff

Peter Thompson & Associates
92 Exchange St., 2d Floor
Portland, ME 04101
Tel: (207) 874-0909
Fax: (207) 874-0343

DATED: February 25, 2008                    */s/ Melissa A. Hewey*
                                             Melissa A. Hewey
                                             Attorney for Defendant

Drummond Woodsum & MacMahon
245 Commercial Street
Portland, ME 04101
Tel: (207) 772-1941
Fax: (207) 772-3627

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I electronically filed this stipulation of dismissal to complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to Melissa A. Hewey at mhewey@dwmlaw.com.

DATED: February 25, 2008                    */s/ Allan Townsend*